## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF

v.                              NO. 4:13CR00068-01 JLH

KENNETH EUGENE BROWN, II                                         DEFENDANT

### <u>ORDER</u>

Court convened for a scheduled change of plea hearing in this matter on Thursday, February 20, 2014. During the course of the hearing, the Court was informed that defendant's true name is Kenneth Eugene Brown, II. Therefore, the Clerk is directed to take the appropriate steps to reflect that defendant's correct name is Kenneth Eugene Brown, II.

IT IS SO ORDERED this 20th day of February, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE