# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                                          PLAINTIFF

v.                                            NO. 4:13CR00068-01 JLH

KENNETH EUGENE BROWN, II                                                                       DEFENDANT

## SECOND AMENDED ORDER REGARDING TELEPHONE PRIVILEGES

The Court previously granted the motion filed by the United States of America to restrict Kenneth Eugene Brown, II's telephone privileges. Thereafter, the Court amended the order to permit Brown to place telephone calls to his lawyer, Teresa Bloodman. Bloodman has since withdrawn and has been replaced by Christophe A. Tarver, Senior Litigator for the Office of Public Defender. Therefore, Brown will be permitted to place calls to the Federal Public Defender's office, but to no one else. The Federal Public Defender's office must provide a telephone number by e-mail to kpaxson@pcso.org. Whenever a telephone call is initiated by the jail on behalf of Brown to the Federal Public Defender's office, at the conclusion of the telephone call, someone from that office must promptly e-mail kpaxson@pcso.org to notify her that the telephone call has been concluded so that the telephone can be retrieved. If Brown uses the telephone call to make another call before it is retrieved, his privilege of communicating with his lawyer in this manner will be revoked.

IT IS SO ORDERED this 7th day of April, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE