# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                       No. 4:13CR00068-01 JLH

KENNETH EUGENE BROWN, II                                                                DEFENDANT

### ORDER

Counsel for defendant has contacted the Court by email and requested a continuance of the sentencing hearing set for this date. Counsel was unable to file a motion due to complications in filing with CM/ECF. Without objection from the government, the request is granted and the sentencing hearing previously scheduled for 2:30 p.m. today is cancelled.

The sentencing hearing for defendant Kenneth Eugene Brown, II, is hereby rescheduled for **THURSDAY, MAY 28, 2015, at 2:30 P.M.,** in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.

IT IS SO ORDERED this 14th day of May, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE