PROB 12C
ED/AR (08/2022)

# United States District Court

## for the

### Eastern District of Arkansas



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 0 2 2023

TAMMY H. DOWNS, CLERK
By:_____ DEP CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kenneth Eugene Brown, II     Case Number: 4:13CR00068-001 - JM

Name of Sentencing Judicial Officer:    Honorable J. Leon Holmes
U.S. District Judge

Name of Reassigned Judicial Officer:    Honorable James M. Moody Jr.
U.S. District Judge
(Reassigned on October 1, 2019)

Original Offense: Conspiracy to Possess With Intent to Distribute Methamphetamine

Date of Sentence: June 18, 2015

Original Sentence: 151 months Bureau of Prisons followed by 60 months supervised release

Type of Supervision: Supervised Release     Date Supervision Commenced: September 7, 2018
Date Supervision Expires: September 6, 2023

U. S. Probation Officer: Chad R. Jones     Asst. U.S. Attorney: Chris Givens     Defense Attorney: To be appointed

---

## PETITIONING THE COURT

☒ To Issue a Warrant and Seal this Petition Pending Execution (cc: U.S. Probation and U.S. Marshal only)
☐ To Issue a Summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Condition and Number | Nature of Noncompliance |
|---|---|---|
| 1 | Mandatory | The defendant shall not commit another federal, state, or local crime. |
| 2 | Mandatory | The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| 3 | Standard (7) | The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. |

| | | |
|---|---|---|
| 4 | Standard (8) | **The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.** |
| 5 | Standard (9) | **The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.** |

On April 12, 2019, Mr. Brown violated these conditions of supervised release when he was found at a residence that contained 35 Ecstasy pills, 67 Oxycodone pills, approximately 0.4 grams of cocaine, approximately 14 grams of marijuana, digital scales, plastic baggies, vacuum sealed bags containing marijuana residue, mason jars containing marijuana residue, and $840 in U.S. currency, as evidenced by his arrest for Possession of a Controlled Substance With the Purpose to Deliver (Ecstasy, MDMA), Possession of a Controlled Substance With the Purpose to Deliver (Oxycodone), Possession of a Controlled Substance (Cocaine), Possession of Drug Paraphernalia, and Misdemeanor Possession of a Controlled Substance (Marijuana), as documented by the Second Judicial Drug Task Force Blytheville Police Department synopsis report. Furthermore, all occupants of the residence were identified as convicted felons.

On March 6, 2023, Mr. Brown admitted to the use of THC edibles on the morning of the same date, and he signed an admission form. Mr. Brown cites his use as self-medicating due to side effects from recent medications he was prescribed for chronic health conditions.

On March 31, 2023, Mr. Brown submitted a urine specimen which tested and confirmed positive for the use of cocaine.

On April 17, 2023, Mr. Brown submitted a urine specimen which tested and confirmed positive for the use of marijuana.

On April 27, 2023, Mr. Brown violated these conditions of supervised release when his business was found to be receiving approximately 18.6 pounds of suspected marijuana via UPS shipments, as evidenced by his arrest for Possession of a Controlled Substance With the Purpose to Deliver, Marijuana, as documented by the Second Judicial District Drug Task Force's synopsis report.

| | | |
|---|---|---|
| 6 | Standard (11) | **The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.** |

On April 13, 2019, Mr. Brown was released on bond and failed to contact his supervising officer regarding his arrest.

Name of Offender: Kenneth Eugene Brown, II                   Case Number: 4:13CR00068-001

| 7 | Special (14) | **The defendant must participate, under the guidance and supervision of the probation officer, in a substance abuse treatment program which may include testing, outpatient counseling, and residential treatment. The defendant must abstain from the use of alcohol throughout the course of treatment.** |

On March 1, 2019, Mr. Brown failed to report and submit a urine specimen.

On April 7, 2023, Mr. Brown failed to submit a urine specimen as required. Mr. Brown reported for testing, but left the facility without providing a urine specimen.

Based on his actions, Mr. Brown is believed to be a danger to the community by allegedly distributing illicit drugs in the area.

| I declare under penalty of perjury that the foregoing is true and correct. | The U.S. Attorney's Office submits this petition to be filed with Criminal Docketing as a motion. |
|---|---|
| Chad R. Jones<br>U.S. Probation Officer | Chris Givens<br>Assistant U.S. Attorney |
| Executed on   April 28, 2023 | Executed on   5/1/23 |

Approved by:

_____
Supervising U.S. Probation Officer