FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 03 2023

TAMMY H. DOWNS, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA          PLAINTIFF

v.          CASE NO. 4:13-cr-00068-JM-01

KENNETH EUGENE BROWN, II          DEFENDANT

## SEALED
## EX PARTE ORDER

Pending before the Court is the government's motion for revocation of the defendant's supervised release (Doc. No. 535). The government has also requested that a warrant be issued for defendant's arrest.

IT IS HERBY ORDERED that a warrant of arrest be issued for defendant **KENNETH EUGENE BROWN, II** and delivered to the United States Marshal for service. Upon Defendant's arrest, he shall be brought before the appropriate Magistrate Judge to make determination regarding the issue of bond.

IT IS FURTHER ORDERED that this Order be sealed for the safety of the United States Marshals Service and the probation office and that this Order along with the sealed petition be copied only to those respective agencies pending Defendant's arrest.

Following Defendant's appearance before the duty magistrate, the Clerk shall unseal the motion to revoke and this Order.

IT IS SO ORDERED this 3rd day of May, 2023.

JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE