# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| United States of America | **Plaintiff** |
| v.     Case No.: 4:13–cr–00068–JM | |
| Kenneth Eugene Brown, II | **Defendant** |

## NOTICE OF HEARING

PLEASE take notice that a Revocation Superv Rls–FinalHrg has been set in this case for May 25, 2023, at 01:00 PM before Judge James M. Moody Jr. in Little Rock Courtroom # 4A in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** May 17, 2023

AT THE DIRECTION OF THE COURT
TAMMY H. DOWNS, CLERK

**By:** Kacie O. Glenn, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas