IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No.   4:13-cr-00068-JM |
| ) | |
| KENNETH EUGENE BROWN, II ) | |

**UNITED STATES' MOTION TO HOLD BROWN, II's
PETITION TO REVOKE IN ABEYANCE FOR 90 DAYS**

The United States of America, by and through its attorney, Jonathan D. Ross, United States Attorney for the Eastern District of Arkansas and Chris Givens, Assistant United States Attorney for said district, for its Motion to respectfully submits:

On May 2, 2023, the United States submitted a motion to revoke the defendant's supervised release (Doc. 536). On May 19, 2023, following arrest, the defendant waived his right to an initial appearance on the motion to revoke and is currently detained. A hearing on that motion is set for July 12, 2023.

The conduct that led to the motion to revoke involves an alleged violation of state law, charges which are currently pending. The undersigned Assistant United States Attorney has spoken with the local officers involved in this incident, the defendant's probation officer, and his defense attorney. At this time, based on all information available, the United States believes that it would be appropriate and in the interest of justice to hold the motion to revoke in abeyance for a period of 90 days. The defendant's probation officer concurs with this assessment and the defendant's counsel does not object.

The United States therefore respectfully requests that this Court remove the July 12, 2023, revocation hearing from its calendar. If the Court grants this request, the United States will submit

1

a report to the Court 90 days from the Court's order holding the hearing in abeyance. If there are any violations during that period, the United States reserves the right to re-]file a motion to revoke the defendant's release.

The defendant agreed to waive his right to an initial appearance and agreed to be detained at the time of his arrest on the motion to revoke. If the Courts grants the present motion, the United States does not object to the defendant's release on his present conditions of supervised release.

THEREFORE, the United States respectfully requests that this Court grant its Motion.

JONATHAN D. ROSS
United States Attorney

By CHRIS GIVENS
Bar No. 2009194
Assistant U. S. Attorney
P. O. Box 1229
Little Rock, AR  72203
501-340-2619
Chris.Givens@usdoj.gov
