**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case:    4:2013-CR-00068-JM |
| *Plaintiff(s)* ) | |
| ) | |
| v. ) | |
| ) | Judge:   James M. Moody, Jr. |
| Kenneth Brown ) | |
| _____ ) | |
| *Defendant(s)* ) | |

## DEFENDANT'S MOTION FOR RELEASE UNDER FRCP RULE 32.1(a)(6)

COMES NOW, Kenneth Brown, by and through their attorney, Christopher Baker of the James Law Firm, and for their Motion for Release Under Fed. Rule Crim. Pro. 32.1(a)(6) states as follows:

1. This motion is brought under Federal Rules of Criminal Procedure, Rule 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), by Mr. Brown to request release or alternatively a hearing and determination the conditions that exist in support of the Defendant's release.

2. A motion for revocation of supervised release was filed by the government on May 2, 2023. Thereafter, the defendant was brought before the court and a detention hearing was held.

3. On May 19, 2023, an order of detention was ordered. The detention was not contested and a right to a detention hearing at a later point was reserved. Because of the Defendant's reservation of rights, Mr. Brown was detained pending the revocation hearing with direction to request a hearing on detention at a later date.

4. Should the court find that release is not currently warranted, Mr. Brown requests to conduct that hearing at this time.

5. In this case, the Government has filed to hold this revocation proceeding in abeyance. They have requested 90 days. Additionally, the Government stated in their motion that they did not oppose the release of Mr. Brown should their motion be granted. *See* ECF No. 548.

6. On June 12, 2023, this Court entered an order granting the Government's motion. ECF No. 549.

7. As the motion is unopposed, Mr. Brown believes that this court could order without a hearing the release of Mr. Brown under 18 U.S.C. § 3143(a)(1). If Mr. Brown's presence at a hearing is requested, Mr. Brown is currently detained at the Greene County Sheriff Department in Paragould, AR. Appearance by video or phone would be requested as Mr. Brown, if released, would need to travel back all the way North to go home.

WHEREFORE, Mr. Brown prays that an order releasing them be entered. Alternatively, Mr. Brown requests a hearing be scheduled for this matter to determine that condition(s) that exist to support their release from detention.

Dated: June 14, 2023                      Respectfully submitted,

/s/ Christopher Baker

Christopher Baker, Esq.
Arkansas Bar No. 2022124
*Attorney for Kenneth Brown*
cbaker@jamesfirm.com
James Law Firm
1001 La Harpe Blvd.
Little Rock, AR 72201
Telephone: 501-375-0900
Fax: 501-375-1356

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of Defendant Kenneth Brown's above motion was electronically filed and served on the Court's electronic filing system. A copy of the filing will be made to any parties not associated with the CM/ECF filing system.

Dated: June 14, 2023						Respectfully submitted,

								/s/ Christopher Baker

								Christopher Baker
								Arkansas Bar No. 2022124
								*Attorney for Kenneth Brown*
								Telephone: 501-375-0900
								Fax: 501-375-1356