IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS. 4:13CR00068-1 JM

KENNETH EUGENE BROWN, II

## ORDER

Defendant's motion for release is GRANTED. (Docket # 550). The Defendant is released on the previously imposed conditions of supervised release.

IT IS SO ORDERED this 15th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE